UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JEAN WEEVENS JANVIER,<br><br>    Plaintiff,<br><br>v.<br><br>MATTHEW J. DIVRIS,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   CIVIL ACTION<br>)   NO. 24-40152-MRG<br>)<br>)<br>)<br>)<br>) |

**ORDER**
September 18, 2025

**GUZMAN, D.J.**

In this action under 42 U.S.C. § 1983, plaintiff Jean Weevens Janvier, who is confined at the North Central Correctional Institution in Gardner, Massachusetts, alleges that the prison superintendent subjected him to cruel and unusual punishment because (1) he was briefly locked out of his paid music subscription account through no fault of his own; and (2) his grievance concerning the matter was denied.

On May 13, 2025, the Court entered an order directing Janvier to show cause why this action should not be dismissed for failure to state a claim upon which relief may be granted. ECF No. 10. The Court found that the loss of access to his paid music subscription for a day did not constitute cruel and unusual punishment and that the availability of a post-deprivation state remedy foreclosed a due process claim.

The Court has reviewed Janvier's show cause response and concludes that nothing in document cures the shortcomings of the original complaint. ECF No. 19. Janvier's loss of

access to the paid music subscription service without any reimbursement, however unfair, did not rise to the level of a constitutional violation.

Accordingly, this action is DISMISSED for failure to state a claim upon which relief may be granted.

**So Ordered.**

/s/ Margaret R. Guzman
MARGARET R. GUZMAN
UNITED STATES DISTRICT JUDGE

Dated: September 18, 2025